NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THEODORE & ASSOCIATES, LLC,**
*Appellant*

**v.**

**BMW OF NORTH AMERICA, LLC, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,**
*Appellees*

---

2019-1446

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01379.

---

**JUDGMENT**

---

THOMAS E. BEJIN, Bejin Bieneman PLC, Southfield, MI, argued for appellant.  Also represented by SCOTT DANIELS, Westerman, Hattori, Daniels & Adrian, LLP, Tysons, VA.

JEFFREY D. SANOK, Crowell & Moring, LLP, Washington, DC, argued for appellees.  Also represented by JONATHAN M. LINDSAY, Irell & Manella LLP, Newport Beach, CA.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 10, 2020                    /s/ Peter R. Marksteiner
Date                                 Peter R. Marksteiner
                                     Clerk of Court